# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

HARRIET HAMPTON

*Plaintiff*

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

*Defendant*

Civil Action No. 1:22-cv-306

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
1300 S CLINTON STREET
FORT WAYNE IN 46802-3518

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Seth Holliday
McMahan Law Firm, LLC
700 S Thornton Avenue, PO Box 1607
Dalton GA 30722

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 30, 2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. **1:22-CV-306**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **The Lincoln National Life Insurance Company**
was recieved by me on **4/04/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Tiffany Turk**, who is designated by law to accept service of process on behalf of **The Lincoln National Life Insurance Company** at **1301 South Harrison Street, Fort Wayne, IN 46802** on **04/04/2023 at 11:52 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 04/04/2023

[signature]

*Server's signature*

**Dawn Griffin-Luce**

*Printed name and title*

**519 Montclair Drive**
**New Haven, IN 46774**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Tiffany Turk who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**



Tracking #: 0104085690