UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| HARRIET HAMPTON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NAT'L LIFE INS. CO.,<br><br>Defendant. | ) | 1:22-CV-00306-DCLC-CHS |

**ORDER**

This ERISA matter is before the Court to set a briefing schedule. This matter will be resolved on the existing record pursuant to the parties' motions for summary judgment because the district court, in conducting a review of a plan administrator's decision to deny benefits, may only consider evidence presented to the administrator. *Perry v. Simplicity Engineering*, 900 F.2d 963 (6th Cir. 1990). Accordingly, it is hereby **ORDERED**:

1. The defendant will have until **June 25, 2023**, to file a certified copy of the plan administrator's entire record. The defendant shall furnish a copy of the record to the plaintiff;

2. The parties shall file any motions for discovery before **July 25, 2023**;

3. The parties will have until **November 27, 2023**, to file motions for summary judgment; and

4. The parties will have until **December 27, 2023**, to file a response to each motion for summary judgment, with fourteen (14) days thereafter to file a reply.

**SO ORDERED:**

s/Clifton L Corker
United States District Judge