**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **HARRIET HAMPTON,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:22-cv-00306-DCLC-CHS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF THE ERISA RECORD

Pursuant to the Order (Document 13) entered by the Court on April 25, 2023, Notice is hereby given that on June 23, 2023, The Lincoln National Life Insurance Company, served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Dated this 23rd day of June 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **23rd day of June 2023**, a true and correct copy of the foregoing **NOTICE OF SERVICE OF THE ERISA RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification.

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers