**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| **HARRIET HAMPTON,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:22-cv-00306-DCLC-CHS |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant, The Lincoln National Life Insurance Company ("Lincoln") files this Unopposed Motion For Leave to File Under Seal as follows:

Lincoln requests that it be allowed to file *Defendant's Submission of Administrative Record* and the exhibits thereto under seal as the administrative record contains personal and confidential medical information.

The Record in this matter is voluminous (over 4,800 pages) and contains numerous relevant pages of sensitive medical information and other confidential information concerning Plaintiff, including, but not limited to, social security numbers, date of birth, addresses, bank account numbers, and other personal identifiers that all will have to be manually redacted. It would take Lincoln significant time and resources to redact all of these identifiers. Due to the very large size of the Record, Lincoln has considerable concerns that some identifiers could inadvertently be overlooked by human error.

The undersigned conferred with Plaintiff's counsel concerning the contents of this Motion on June 23, 2023, and was informed that Plaintiff does not oppose this Motion.

WHEREFORE, Lincoln respectfully requests that this Court grant its Motion and enter an order placing under seal *Defendant's Submission of Administrative Record*, along with the exhibits thereto, and withholding these documents from public inspection.

Dated this 23rd day of June 2023.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **23rd day of June 2023**, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers