**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| HARRIET HAMPTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: |
| | § | 1:22-cv-00306-DCLC-CHS |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION ADDRESSED TO DEFENDANT**

**INTERROGATORIES**

1. Identify each person making and assisting with your Interrogatory responses, including each person's name, age, address, occupation, current title, and relationship to The Lincoln National Life Insurance Company (hereinafter "Lincoln").

   Answer:

2. If any person other than the individuals who signed the denial letters was responsible for the decision to deny ongoing benefits to Plaintiff, please identify such person or persons.

   Answer:

3. State whether Lincoln had, at any time relevant to this case, any type of incentive, bonus, or reward program or system, formal or informal, for any employee(s) and/or third-party contractor(s) involved in any meaningful way in reviewing disability claims, and please describe what factors and information is relied upon to calculate any such bonuses.

Answer:

4. State the name and employer of any physician, peer review physician, physician consultant, and/or independent medical examiner that reviewed information, consulted and/or generated any report in this disability claim, including but not limited to Marvin Pietruszka, M.D., and, if the employer is someone other than Lincoln, state the name of the employer, and whether the employer is owned by or affiliated with Lincoln.

Answer:

5. As to the physician(s) referenced in Interrogatory 4, the state the number of times in 2019, 2020, 2021, 2022, and 2023, the physician reviewed a claim on behalf of Lincoln, including but not limited to Marvin Pietruszka, M.D., whether the physician was contracted directly by Lincoln, or by a third party with whom

Lincoln contracted to obtain such review, including but not limited to Genex and/or Exam Coordinators Network, and how much Lincoln paid that physician and/or third party for those reviews.

Answer:

6. For the time period of 2019, 2020, 2021, 2022, and 2023, if the physician(s) referenced in Interrogatory 4 was employed by or obtained via a third party contracted to Lincoln, rather than being hired directly and individually by Lincoln, including but not limited to Genex and/or Exam Coordinators Network, state how many reviews Lincoln has obtained through that third party, and how much Lincoln paid that third party for those reviews.

Answer:

7. State whether Genex is accredited through the Utilization Review Accreditation Commission.

Answer:

8. State whether Exam Coordinators Network is accredited through the Utilization Accreditation Commission.

Answer:

9. State whether Lincoln has conducted a Credential Audit of Genex at any time from 2019 to the present.

Answer:

10. State whether Lincoln has conducted a Credential Audit of Exam Coordinators Network at any time from 2019 to the present.

Answer:

______________________________
Signature

______________________________
Printed Name:

______________________________
Title

______________________________
Employer

STATE OF

COUNTY OF

BEFORE ME, the undersigned authority, personally appeared ______________________________________________________ who swears and deposes that he/she has read the answers to the foregoing interrogatories and that same are true and correct to the best of his/her knowledge and belief and who produced _____________________________________________________ as identification/is known to me personally.

SWORN TO and subscribed before me this _________ day of __________________ , 20 ________.

_____________________________________ Seal:
NOTARY PUBLIC, State of

My Commission Expires: _________________

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| HARRIET HAMPTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: |
| | § | 1:22-cv-00306-DCLC-CHS |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**REQUESTS FOR PRODUCTION**

1. For the time period of 2019, 2020, 2021, 2022, and 2023, for the employee(s) and/or third-party contractor(s) referred to in Interrogatory 2, including those employees who signed the denial letters, please provide copies of any documents which show any type of incentive, bonus, or reward program or system, formal or informal, for said employee(s) and/or third-party contractor(s), and all documents showing how such bonus was calculated.

2. For the time period of 2019, 2020, 2021, 2022, and 2023, for the physician(s) referenced in Interrogatory 4, please provide copies of any and/or all contracts or agreements between the physician, the

physician's employer, and The Lincoln National Life Insurance Company (hereinafter "Lincoln").

3. For the time period of 2019, 2020, 2021, 2022, and 2023, for the physician(s) referenced in Interrogatory 4, please provide copies of any and/or all correspondence between the physician (or the physician's employer) and Lincoln concerning Plaintiff's disability claim which is not in the claim file or ERISA Administrative Record.

Respectfully submitted,

*/s/D. Seth Holliday*
D. Seth Holliday
*sholliday@mcmahanfirm.com*
McMahan Law Firm, LLC
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
p: (706) 217-6118
f: (706) 217-6880

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of April, 2023, I have served a copy of the foregoing interrogatories and requests to produce upon counsel for all other parties in this action by electronic mail and/or depositing a copy of the same in the United States Mail, via certified mail, return receipt requested or regular mail, with sufficient postage affixed thereto to ensure delivery upon:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
iwana@rademaekerslaw.com

By: *<u>/s/D. Seth Holliday</u>*
D. Seth Holliday