UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

HARRIET HAMPTON

v.

Case No.: 1:22−cv−00306−DCLC−CHS

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

NOTICE OF HEARING

This is to advise that a hearing on the motion identified in the corresponding docket entry will be held on Friday, August 25,2023 at 10:00 AM [EASTERN] before Magistrate Judge Christopher H. Steger in Chattanooga, Tennessee at the United States Courthouse and Federal Building, 900 Georgia Avenue, Courtroom 1B.

The Court is not required to record non−evidentiary hearings. Counsel desiring the presence of a court reporter should make their own arrangements. If you intend to present evidence for the Court's consideration, please telephone the Magistrate Judge's chambers at least 24 hours in advance of the hearing so the Court can arrange for an official court reporter. Should it be impossible for counsel to participate in the hearing on the scheduled date and time, counsel should contact Magistrate Judge Steger's chambers at *steger_chambers@tned.uscourts.gov*.

CHRISTOPHER H. STEGER
U.S. MAGISTRATE JUDGE

By: Katharine M Gardner