**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **HARRIET HAMPTON,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:22-cv-00306-DCLC-CHS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Harriet Hampton and Defendant The Lincoln National Life Insurance Company, hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 10th day of August 2023.

Respectfully submitted,

**MCMAHAN LAW FIRM, LLC**

/s/ D. Seth Holliday
D. Seth Holliday
700 S. Thornton Avenue
P.O. Box 1607
Dalton, GA 30722
PH: (706) 217-6118
Email: Sholliday@mcmahanfirm.com

ATTORNEY FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the **10th day of Augusts 2023**, a true and correct copy of the foregoing Pleading was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

D. Seth Holliday, Esq.
Email: sholliday@mcmahanfirm.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers