UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| HARRIET HAMPTON,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:22-CV-00306-DCLC-CHS |

**ORDER**

The Court has received a Notice of Settlement [Doc. 22], which informs the Court that the case has settled. It is therefore **ORDERED** that the parties shall file a Stipulation of Dismissal on or before **September 11, 2023**. If additional time is needed to file the Stipulation, the parties may so notify the Court and request an extension. If a Stipulation is not filed and an extension is not requested, the Court will dismiss this case after 30 days based upon the Notice of Settlement [Doc. 22]. It is further **ORDERED** that the remaining deadlines [Doc. 13] are **CANCELLED**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge